UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATHAN HENRY, ET AL.,
    Plaintiffs,

v.                                    C.A. No. 09-332 S

RICHARD B. SHEFFIELD, ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 13, 2010 (document #22), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Defendant Margaret Kemp Henry's Motion to Dismiss (document #17) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/8/10